IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA BUCKWALTER and JOHN BUCKWALTER, h/w, <br><br>            Plaintiffs, <br><br>    v. <br><br>US AIRWAYS, INC., <br><br>            Defendant. | CIVIL ACTION <br> NO. 12-2586 |

### ORDER

**AND NOW**, this ___9th___ day of January, 2014, upon consideration of Defendant's Motion for Summary Judgment, Plaintiffs' Response thereto, and Defendant's Reply, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

                                                                      **BY THE COURT:**

                                                                      **/s/ Jefffrey L. Schmehl___**
                                                                      Jeffrey L. Schmehl, J.