IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA BUCKWALTER and JOHN BUCKWALTER, h/w, <br><br> Plaintiffs, <br><br> v. <br><br> US AIRWAYS, INC., <br><br> Defendant. | CIVIL ACTION <br> NO. 12-2586 |

## ORDER

**AND NOW**, this <u>  9th     </u> day of January, 2014, upon consideration of Defendant's Motion for Summary Judgment, Plaintiffs' Response thereto, and Defendant's Reply, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

 BY THE COURT:

 **/s/ Jefffrey L. Schmehl   **
 Jeffrey L. Schmehl, J.